UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ | § | |
| | § | **CIVIL NO. 2:20-CV-121** |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| PPG ARCHITECTURAL FINISHES, INC., | § | |
| | § | |
| **Defendant** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, Plaintiff NAVIDAD MARTINEZ and Defendant PPG ARCHITECTURAL FINISHES, INC., have reached a resolution of Plaintiff's claims and, pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:       October 29, 2020       FOR NAVIDAD MARTINEZ, Plaintiff

BY:      _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED:        October 29, 2020        FOR PPG ARCHITECTURAL FINISHES, INC.,

Defendant

BY:    */S/   Ian A. Wright*_____
Mr. Ian A. Wright
Texas Bar No.: 24099250
S.D. Texas ID No. 3027138
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5005
(713) 890-5439 – Office
(713) 890-5001 - Fax